**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Luis PINEDO–MORALES,**
**Defendant–Appellant.**

**No. 09–51013**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 17, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Assistant Federal Public Defender, Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Luis Pinedo–Morales presents arguments that he concedes are foreclosed by *United States v. Gomez–Herrera,* 523 F.3d 554, 562–63 (5th Cir.2008), which held that the disparity between sentences of defendants who can participate in a fast-track program and defendants who cannot is not "unwarranted" within the meaning of 18 U.S.C. § 3553(a)(6). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.